CANBY HEREFORD FARMS COMPANY, INC. v. O. A. LENDE
AND ANOTHER.[1]

July 6, 1928.

No. 26,739.

**Appeal and error.**
Decision of trial court on question of fact, if evidence upon motion reasonably tends to support it, will not be reversed by this court.   [Reporter]

Plaintiff appealed from an order of the district court for Yellow Medicine
county, Baker, J. vacating a writ of attachment and the levy made thereunder.  Affirmed.

*Johnson & Schaefer,* for appellant.

*J. N. Johnson,* for respondents.

PER CURIAM.

Appeal from an order vacating and dissolving a writ of attachment and
levy made pursuant thereto.

Writ was issued on the alleged ground that defendants were about to
assign, secrete and dispose of their property with intent to hinder, delay
and defraud their creditors.  Levy was made on certain property of defendant Lende.  Motion, supported by affidavits, was made by Lende to
vacate the attachment and the levy made thereunder.  Counter affidavits
were interposed, as were also other affidavits by both parties.  After a full
hearing and argument the court made its order granting the motion.

The situation in this case brings it squarely within the rule announced
in Kuske v. Jevne, 173 Minn. 584, 218 N. W. 99, following First State
Bank v. Schatz, 104 Minn. 425, 116 N. W. 917.

Order affirmed.

[1]Reported in 220 N. W. 435.